IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MATTHEW LEO FAISON,**
**D.O.C. # O38634,**

    *Plaintiff,*

v.                                                Case No.: 4:23cv205-MW/MF

**A. CORTES, M.D.,** *et al.***,**

    *Defendants.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's objection, ECF No. 6. Plaintiff raises one objection, but it does not help his claim.

Plaintiff argues that his medical condition is sufficiently serious to put him in "imminent danger of serious physical injury" under 28 U.S.C. § 1915(g). ECF No. 6 at 1. For support, he cites "the theory" in *Florence v. Allison*, No. 22-CV-02265-JSC, 2023 WL 2375253, at *3 (N.D. Cal. Mar. 6, 2023). *Id.* Plaintiff also claims that he is currently in pain due to bladder issues, and references an attachment to his objection that mentions some of his other medical ailments. *Id.* at 4. These arguments and submissions, however, do not elevate Plaintiff's claims to meet § 1915(g)'s imminent danger exception. *See, e.g.*, *Florence*, 2023 WL 2375253 at *4 (finding

that an inmate failed to satisfy § 1915(g) where he did "not make plausible allegations that he was at risk of contracting a serious disease or housed near dangerous inmates when he filed the complaint").

Accordingly,

**IT IS ORDERED**:

1. The report and recommendation, ECF No. 5, is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.

2. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g)."

3. The Clerk shall close the file.

**SO ORDERED on June 12, 2023.**

                                          s/Mark E. Walker
                                          **Chief United States District Judge**